## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**<br><br>     Plaintiff,<br><br>     v.<br><br>**MAIN STREET PHASE II, L.P.**<br><br>and<br><br>**MAIN STREET PHASE III, L.P.**,<br><br>     Defendants. | Case No: 2:21-cv-03576-WB |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM WITH PREJUDICE, OR IN THE ALTERNATIVE, TO COMPEL ARBITRATION

Plaintiff, Fidelity and Deposit Company of Maryland ("F&D") hereby respectfully moves this Honorable Court under Fed. R. Civ. P. 12(b)(6) to dismiss the Counterclaim filed by Defendants Main Street Phase II, L.P. and Main Street Phase III, L.P. (collectively, "Main Street"), with prejudice. In the alternative, F&D respectfully moves this Honorable to compel arbitration of the Counterclaim in accordance with Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4. The grounds for this Motion to Dismiss, or in the alternative, to Compel Arbitration, are provided in the accompanying Memorandum of Law. A proposed order also is enclosed.

WHEREFORE, Plaintiff, Fidelity and Deposit Company of Maryland ("F&D") respectfully requests that the Court grant its Motion to Dismiss, or in the alternative, to Compel Arbitration and dismiss the Counterclaim with prejudice.

### ORAL ARGUMENT IS RESPECTFULLY REQUESTED

Dated: June 1, 2022            Respectfully Submitted,

/s/ *Noah H. Charlson*
Noah H. Charlson
Charlson Braber McCabe & Denmark, P.C.
1628 JFK Blvd., Suite 1803
Philadelphia, PA 19103
Tel: 215-447-7401
noah@charlsonlaw.com

Christopher J. Brasco, *pro hac vice*
Adam M. Tuckman, *pro hac vice*
Noah C. Meissner, *pro hac vice*
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
Tel: 703-749-1000
cbrasco@watttieder.com
atuckman@watttieder.com
nmeissner@watttieder.com

*Attorneys for Plaintiff*
*Fidelity and Deposit Company of Maryland*

## **CERTIFICATE OF SERVICE**

I certify, that on the 1st day of June 2022, the foregoing Motion to Dismiss, or in the Alternative, to Compel Arbitration, was served upon the following by the Court's ECF system:

Sandhya M. Feltes
Kaplin Stewart
910 Harvest Drive
Blue Bell, PA 19422

Steven M. Coren
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*

/s/ Noah H. Charlson
Noah H. Charlson