IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MAIN STREET PHASE II, L.P. and MAIN STREET PHASE III, L.P.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO.  21-3576** |

# O R D E R

**AND NOW**, this 14th day of June, 2022, upon consideration of Defendants' Motion to Compel (ECF No. 38), it is **HEREBY ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**