

**Sandhya M. Feltes**
Direct Dial: (610) 941-2561
Direct Fax: (610) 684-2011
Email: sfeltes@kaplaw.com
www.kaplaw.com

August 1, 2022

**VIA ECF**

Hon. Wendy Beetlestone, U.S.D.J.
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:**    **Fidelity and Deposit Company of Maryland v. Main Street Phase II, L.P., et al.
USDC ED PA No. 21-3576**

Dear Judge Beetlestone:

    We are counsel for Defendants Main Street Phase II, L.P. and Main Street Phase III, L.P. ("Main Street") in the above referenced matter.

    I respectfully request a continuance of the telephone conference scheduled for August 3, 2022 at 3:00 p.m. I will be out of state on vacation from August 3 through August 9, 2022 and unavailable to participate in the call. Plaintiff does not oppose the request.

    Counsel for Plaintiff and Defendants are available on the following dates: August 12th (before noon), August 18th and August 19th.

    Thank you.

                             Respectfully,

                             Sandhya M. Feltes

cc:    All counsel of record, via ECF

**Kaplin Stewart Meloff Reiter & Stein, PC**
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
610-260-6000 tel

*Offices in*
Pennsylvania
New Jersey

7781747v1